**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK MARSHALL, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE BOEING COMPANY a Delaware corporation; BOEING DEFENSE, SPACE & SECURITY, a division of BOEING, business entity form unknown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown, and DOES 1-10,<br><br>            Defendants. | Case No.: CV 16-8630-DMG (MRWx)<br><br>**ORDER APPROVING JOINT STIPULATIONS TO CONTINUE TRIAL DATE AND EXTEND DEADLINE FOR DEPOSITIONS OF EXPERT WITNESSES [74] [110]** |

1 | Pursuant to the Parties' Joint Stipulations re New Trial Date and to Continue
2 | Deadline for Expert Depositions, and good cause appearing, the Parties' deadline to
3 | disclose experts is continued from March 16, 2018 to April 20, 2018.  Unless otherwise
4 | agreed upon by the parties, Plaintiff's expert David Weiner will be deposed on April 2,
5 | 2018, 2018 at 10:00 a.m.; Plaintiff's expert Dr. Emil Soorani will be deposed on March
6 | 27, 2018 at 5:00 p.m. Defendant's expert Dawn M. Kovner will be deposed on April 3,
7 | 2018 at 12:00 p.m. and Defendant's expert Matthew F. Carrol, M.D. will be deposed on
8 | March 28, 2018 at 12:00 p.m.
9 | The Court also Orders the final pretrial conference and motions *in limine* [Doc. ##
10 | 80, 92-96] to be continued from March 27, 2018 to **May 29, 2018 at 3:00 p.m.** and the
11 | trial to be continued from April 24, 2018 to **June 26, 2018 at 8:30 a.m.**  Except to the
12 | extent modified herein, the parties shall comply with the Court's Scheduling and Case
13 | Management Order [Doc. # 16].
14 | IT IS SO ORDERED.

DATED:  March 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE