UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 16-8630-DMG (MRWx)** | Date | May 29, 2018 |
|---|---|---|---|

| Title | ***Roderick Marshall v. The Boeing Company, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Steven H. Haney | Larry L. Turner |
| Gregory L. Young | Karen Y. Cho |

**Proceedings:   FINAL PRETRIAL CONFERENCE**

**PLAINTIFF'S MOTION IN LIMINE NUMBER 1 TO EXCLUDE EVIDENCE OF EMIL SOORANI'S MISDEMEANOR CONVICTION AND BANKRUPTCY [80]**

**DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY, DOCUMENTS OR REFERENCE TO ALLEGED COMPARATORS OR ALLEGED MISTREATMENT OF OTHER EMPLOYEES BY DEFENDANTS [92]**

**DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE TIME-BARRED TESTIMONY AND DOCUMENTS [93]**

**DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY AND DOCUMENTS REGARDING SATELLITE LAUNCHES THAT PLAINTIFF WAS NOT SELECTED TO ATTEND [94]**

**DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE TESTIMONY AND DOCUMENTS REGARDING PLAINTIFF'S REQUESTS TO CHANGE SHIFTS [95]**

**DEFENDANTS' MOTION IN LIMINE NO. 5 UNDER FEDERAL RULE OF EVIDENCE 702 TO EXCLUDE EXPERT TESTIMONY OF AND EXPERT REPORTS PREPARED BY PLAINTIFF'S ECONOMIST DAVID WEINER [96]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to its tentative ruling on the motions *in limine* ("MIL").  The Court hears argument.  A written order on the MILs will issue.

The Court grants leave for Plaintiff to file a supplemental brief (no more than three (3) pages, excluding declarations) by June 5, 2018, providing an offer of proof as to whether the

---

CV-90                          **CIVIL MINUTES—GENERAL**                     Initials of Deputy Clerk KT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 16-8630-DMG (MRWx)** | Date | May 29, 2018 |
|---|---|---|---|

| Title | *Roderick Marshall v. The Boeing Company, et al.* | Page | 2 of 2 |
|---|---|---|---|

seven (7) witnesses identified in Defendants' MIL No. 1 are similarly situated.  Defendants shall file a response brief (no more than three (3) pages, excluding declarations) by June 12, 2018. Thereafter, if the Court is persuaded that it should amend its ruling on Defendants' MIL No. 1, it shall do so.

The Final Pretrial Conference is held.  The Court and counsel confer regarding the logistics of trial.  The Jury Trial shall commence on Tuesday, June 26, 2018 at 8:30 a.m. and will conclude within five (5) days.  Each side shall be allotted up to 30 minutes to present its opening statements, and seven and a half (7.5) hours for their respective case-in-chief (including cross-examination).  Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Case Management Order [Doc. # 16] with regard to general decorum and courtroom procedures.

Further, the parties shall submit an updated **joint** exhibit list, **joint** exhibit stipulation, and a revised agreed and disputed jury instructions in conformance with the Court's Scheduling and Case Management Order [Doc. # 16] by **June 5, 2018** and e-mail the courtroom deputy clerk with a Word version of the agreed and disputed jury instructions.

:47

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>KT</u> |
|---|---|---|