**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| RODERICK MARSHALL, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV 16-8630-DMG (MRWx) |
| v. | |
| THE BOEING COMPANY, | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF** |
| DEFENDANT(S). | |

    This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff Roderick Marshall recover of the defendant the Boeing Company the sum of 350,000.00, with post-judgment interest thereon at the legal rate as provided by the law, and his costs of action.

Clerk, U. S. District Court

Dated: July 6, 2018        By   <u>Kane Tien</u>
                                                                      Deputy Clerk