1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL COURT OF CALIFORNIA

| | |
|---|---|
| RODERICK MARSHALL, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY a Delaware corporation; BOEING DEFENSE, SPACE & SECURITY, a division of BOEING, business entity form unknown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown, and DOES 1-10,<br><br>    Defendants. | **Case No.: CV 16-8630 DMG (MRWx)**<br><br>**AMENDED JUDGMENT [224]** |

  WHEREAS on July 6, 2018, the Court entered Judgment on the verdict in the amount of $350,000.00, plus post judgment interest thereon at the legal rate and costs incurred herein;

  WHEREAS on August 28, 2018, costs were taxed in the amount of $8,744.97; and

WHEREAS on June 10, 2019, the Court awarded attorneys' fees in the sum of $315,360.00 and expert fees in the sum of $4,000.00 to Plaintiff,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Roderick Marshall recover of Defendant The Boeing Company the sum of $678,104.97, plus interest at the legal rate on the sum of $350,000 from and after July 6, 2018.

DATED: June 17, 2019

                                              DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE