1  HANEY & YOUNG, LLP
   Steven H. Haney, Bar No. 121980
2  1055 West Seventh Street, Suite 1950
   Los Angeles, CA 90017
3  Tel: 213.228.6500
   Fax: 213.228.6501
4  shaney@haneyyoung.com

5  Attorneys for Plaintiff
   RODERICK MARSHALL
6
   MORGAN, LEWIS & BOCKIUS LLP
7  Larry L. Turner (*Admitted Pro Hac Vice*)
   larry.turner@morganlewis.com
8  1701 Market St.
   Philadelphia, PA 19103-2921
9  Telephone: +1.215.963.5017
   Facsimile: +1.215.963.5001
10
   MORGAN, LEWIS & BOCKIUS LLP
11 Joseph V. Marra III, Bar No. 238181
   joseph.marra@morganlewis.com
12 300 South Grand Avenue
   Twenty-Second Floor
13 Los Angeles, California 90071-3132
   Telephone: +1.213.612.2500
14 Facsimile: +1.213.612.2501

15 Attorneys for Defendant
   THE BOEING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No: 2:16-CV-08630-DMG(MRWx)<br><br>**JOINT STIPULATION REGARDING SATISFACTION OF JUDGMENT; [PROPOSED] ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 39468249.1

1

JOINT STIPULATION REGARDING
SATISFACTION OF JUDGMENT;
[PROPOSED] ORDER
2:16-CV-08630-DMG(MRWX)

Plaintiff Rodrick Marshall ("Plaintiff"), and Defendant The Boeing Company ("Boeing") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on July 6, 2018, the Court entered Judgment on the verdict for the Plaintiff in the amount of **$350,000.00**, plus post judgment interest thereon at the legal rate and Plaintiff's costs incurred [Dkt. No. 200];

WHEREAS, on August 28, 2018, costs were taxed in the amount of **$8,744.97** [Dkt. No. 220];

WHEREAS, on June 10, 2019, the Court awarded attorneys' fees in the sum of **$315,360.00** and expert witness fees in the sum of **$4,000.00** to Plaintiff [Dkt. 222];

WHEREAS, on June 17, 2019, the Court filed its amended Judgment reflecting the above amounts [Dkt. No 225];

WHEREAS, Boeing filed a Notice of Appeal with the Ninth Circuit Court of Appeals on July 9, 2019 [Dkt. No. 226];

WHEREAS, Boeing then posted a Supersedeas Bond number 9326683 in the amount of $700,000.00 and the Court entered an order approving the bond and staying the Judgment [Dkt. Nos. 239, 240];

WHEREAS, on July 15, 2020, the Ninth Circuit Court of Appeals issued its decision in favor of Plaintiff on Boeing's appeal, and on August 6, 2020, issued its Mandate, awarding costs of appeal to Plaintiff in the amount of **$107.30** [Dkt. No. 242];

WHEREAS, on August 20, 2020, the Ninth Circuit Court of Appeals awarded attorneys' fees on appeal to Plaintiff in the amount of **$132,860.00** [Dkt No. 245];

WHEREAS, on August 20, 2020, the Court lifted the stay of the Judgment in order that Boeing could satisfy the Judgment [Dkt. No. 244];

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 39468249.1

2

JOINT STIPULATION REGARDING SATISFACTION OF JUDGMENT; [PROPOSED] ORDER
2:16-CV-08630-DMG(MRWX)

WHEREAS, the Parties met and conferred and agree that the total amount owing to Plaintiff to satisfy the Judgment, including the costs and attorneys' fees awarded on appeal, with interest on the verdict sum through September 9, 2020, is **$828,856.87**;

WHEREAS, on September 1, 2020, Boeing caused to be paid to Plaintiffs' counsel's firm account ("Steven H Haney A Law Corp") the sum of $828,856,87, in full and total satisfaction of the Judgment, including the costs and attorneys' fees awarded on appeal;

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT** Boeing has now fully and totally satisfied the Judgment in this action, including the costs and attorneys' fees awarded on appeal, and **RESPECTFULLY REQUEST THAT** the Court enter an order: [1] deeming the Judgment satisfied; and [2] releasing Supersedeas Bond number 9326683.

**IT IS SO STIPULATED.**

Dated: September 2, 2020

HANEY & YOUNG LLP

By _____
Steven H. Haney

Attorneys for Plaintiff
RODERICK MARSHALL

Dated: September 2, 2020

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Joseph V. Marra III
Larry L. Turner
Joseph V. Marra III

Attorneys for Defendant
THE BOEING COMPANY

3

JOINT STIPULATION REGARDING SATISFACTION OF JUDGMENT; [PROPOSED] ORDER

## ATTESTATION

I, Joseph V. Marra III, am the ECF user whose identification and password are being used to file this Joint Stipulation. In compliance with Civil L.R. 5-4.3.4(a)(2), I hereby attest that Steven H. Haney concurs in this filing.

DATED: September 2, 2020          MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Joseph V. Marra*

Joseph V. Marra III

DB2/ 39468249.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES