1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RODERICK MARSHALL, an individual, | Case No.: CV 16-8630-DMG (MRWx) |
|---|---|
| Plaintiff, | **ORDER RE JOINT STIPULATION ON SATISFACTION OF JUDGMENT [246]** |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

For good cause shown, the Court hereby finds that Boeing has fully and totally satisfied the Judgment in this action, including the costs and attorneys' fees awarded on appeal, and therefore orders that Supersedeas Bond number 9326683 be released forthwith.

**IT IS SO ORDERED.**

DATED: September 8, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Fiscal Services